**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

**PHOCUS LAW**
Samuel C. Richardson (28285)
7600 N. 16th St. #100
Phoenix, AZ 85020
Telephone: (602) 457-2191
Fax: (602) 955-4457
E-mail: sam@PhocusCompanies.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Michael Bennett**, <br><br> Plaintiff, <br><br> vs. <br><br> **Outlaw Race Engines LLC,** an Arizona Limited Liability Company, and **Jason Smith and Jane Doe Smith**, a married couple, <br><br> Defendants. | No. 2:20-cv-00791-SMB <br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED the 16th Day of March, 2021.

-1-

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

PHOCUS LAW

/s/ *Samuel C. Richardson*
Samuel C. Richardson
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on this 16th Day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system.  The Parties may access this filing through the Court system.

/s/ *Clifford P. Bendau, II*