# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bennett, | No. CV-20-00791-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Outlaw Race Engines LLC, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Case with Prejudice (Doc. 20) and for good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge